**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

BRIAN CROSSLEY,

      Plaintiff,

v.                                                                      Case No: 5:14-cv-636-Oc-30PRL

ARMSTRONG HOMES, INC., A-PLUS
HOMES, INC., EXPERT AMERICAN
HOMES, LLC, EXPERT AMERICAN
HOME SERVICES, LLC and SCOTT W.
ARMSTRONG,

      Defendants.

_____

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. #6).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

Case 5:14-cv-00636-JSM-PRL   Document 7   Filed 12/22/14   Page 2 of 2 PageID 31

1.      The Report and Recommendation (Dkt. #6) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED.

3.      Plaintiff has fifteen (15) days from the date of this Order to pay the filing fee. Failure to pay the filing fee within the requisite time period will result in dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\OCALA\14-cv-636 adopt 6.docx