# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

BRIAN CROSSLEY,

    Plaintiff,

v.                                                              Case No: 5:14-cv-636-Oc-30PRL

ARMSTRONG HOMES, INC., et al.,

    Defendants.

## **ORDER**

    THIS CAUSE comes before the Court upon *sua sponte*. A review of the file indicates the Plaintiff has failed to pay the required filing fee pursuant to this Court's Order (Dkt. #7) entered on December 22, 2014. Accordingly, it is

    ORDERED AND ADJUDGED that:

    1.    This case is dismissed without prejudice for Plaintiff's failure to pay the required filing fee.

    **DONE** and **ORDERED** in Tampa, Florida, this 12th day of January, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-636 dismissal.docx